

**Fw: Activity in Case 1:19-mj-00567-JMC USA v. Kalonov Notice to Receiving District of Criminal Case Transfer**
OHSDdb_InterDistrictTransfer   to: Arthur Hill   02/13/2019 11:15 AM
Sent by: Scott Lang

From: OHSDdb_InterDistrictTransfer/OHSD/06/USCOURTS
To: Arthur Hill/OHSD/06/USCOURTS@USCOURTS
Sent by: Scott Lang/OHSD/06/USCOURTS

see below. Thanks.
----- Forwarded by Scott Lang/OHSD/06/USCOURTS on 02/13/2019 11:15 AM -----

From: MDD_CM-ECF_Filing@mdd.uscourts.gov
To: MDDdb_ECF@mdd.uscourts.gov,
Date: 02/13/2019 09:34 AM
Subject: Activity in Case 1:19-mj-00567-JMC USA v. Kalonov Notice to Receiving District of Criminal Case Transfer

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Maryland

### Notice of Electronic Filing

The following transaction was entered on 2/13/2019 at 9:33 AM EST and filed on 2/12/2019

**Case Name:** USA v. Kalonov
**Case Number:** 1:19-mj-00567-JMC
**Filer:**
**Document Number:** 8

**Docket Text:**
**Notice to Southern District of Ohio of a Rule 5 or Rule 32 Initial Appearance as to Akhliddin Kalonov. Your case number is: 1:18-CR-00109-7. Docket sheet and documents attached. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.)**

(jks, Deputy Clerk)

**1:19-mj-00567-JMC-1 Notice has been electronically mailed to:**

**1:19-mj-00567-JMC-1 Notice will not be electronically delivered to:**

Deborah L Boardman
Office of the Federal Public Defender
100 S Charles St Tower II Ninth Fl
Baltimore, MD 21201

Zachary A Myers
Office of the United States Attorney
36 S Charles St Ste 400
Baltimore, MD 21201

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=2/13/2019]
[FileNumber=8693694-0
] [1d2ce81f7231f2fbfd1c56d1ca29b4f4a72649f5dc4172ea358f8b11b419e70c4d2
9731fd1d34fe933821311af827b0efb29e1a8dbfece05e461a46f679aa0e9]]

# U.S. District Court
# District of Maryland (Baltimore)
# CRIMINAL DOCKET FOR CASE #: <u>1:19−mj−00567−JMC</u> All Defendants

Case title: USA v. Kalonov

Other court case number: 1:18−cr−00109−7 Southern District of Ohio

Date Filed: 02/12/2019

Assigned to: Magistrate Judge J. Mark Coulson

### Defendant (1)

**Akhliddin Kalonov**  represented by  **Deborah L Boardman**
Office of the Federal Public Defender
100 S Charles St Tower II Ninth Fl
Baltimore, MD 21201
14109623962
Fax: 14109620872
Email: deborah_boardman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

**USA**  represented by  **Zachary A Myers**
Office of the United States Attorney

1

36 S Charles St Ste 400  
Baltimore, MD 21201  
4102094800  
Fax: 4109623091  
Email: zachary.myers@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Assistant US Attorney*

Email All Attorneys  
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/12/2019 | 1 | 3 | Rule 5(c)(3) Documents Received from Southern District of Ohio as to Akhliddin Kalonov (jks, Deputy Clerk) (Entered: 02/13/2019) |
| 02/12/2019 | 2 | | Initial Appearance in Rule 5(c)(3) Proceedings as to Akhliddin Kalonov held on 2/12/2019 before Magistrate Judge J. Mark Coulson.(FTR KLEIN −7B.) (jks, Deputy Clerk) (Entered: 02/13/2019) |
| 02/12/2019 | 3 | | Detention Hearing as to Akhliddin Kalonov held on 2/12/2019 before Magistrate Judge J. Mark Coulson.(FTR KLEIN −7B.) (jks, Deputy Clerk) (Entered: 02/13/2019) |
| 02/12/2019 | 4 | | CJA 23 Financial Affidavit by Akhliddin Kalonov (jks, Deputy Clerk) (Entered: 02/13/2019) |
| 02/12/2019 | 5 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Akhliddin Kalonov. Signed by Magistrate Judge J. Mark Coulson on 2/12/2019. (jks, Deputy Clerk) (Entered: 02/13/2019) |
| 02/12/2019 | 6 | 5 | WAIVER of Rule 5(c)(3) Hearing by Akhliddin Kalonov (jks, Deputy Clerk) (Entered: 02/13/2019) |
| 02/12/2019 | 7 | 6 | ORDER Setting Conditions of Release as to Akhliddin Kalonov. Signed by Magistrate Judge J. Mark Coulson on 2/12/2019. (jks, Deputy Clerk) (Entered: 02/13/2019) |

19-567 JMC

FILED
RICHARD W. NAGEL
CLERK OF COURT

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

2018 JUL 25 PM 3: 24

for the
Southern District of Ohio

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

United States of America
v.
AKHLIDDIN KALONOV

)
)
)
)
)
)

Case No. 1:18-cr-00109(7)

____ FILED ____
____ LOGGED ____ ENTERED
____ RECEIVED

_____
Defendant

FEB 1 2 2019

## ARREST WARRANT

CLERK, AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   AKHLIDDIN KALONOV   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Participate in Racketeering Activity

[SEE ATTACHED INDICTMENT]

Date:   7/25/2018

_____
Issuing officer's signature

City and state:   CINCINNATI, OHIO

Richard W. Nagel, Clerk, U.S. District Court
Printed name and title

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No. 19-567JMC |
| AKHLIDDIN KALONOV | * |

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this ___12th___ day of ___February___, ___2019___, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
J. Mark Coulson
United States Magistrate Judge

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___

FEB 1 2 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

AO 466A (Rev. 12/09; MD 02/10) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-0567JMC |
| AKHLIDDIN KALANOV | ) | Charging District's Case No. 1:18CR00109(7) |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of Ohio

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

FILED / LOGGED / ENTERED / RECEIVED
FEB 1 2 2019
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: February 12, 2019

_____
Defendant's signature

_____
Signature of defendant's attorney

Deborah Boardman
_____
Printed name of defendant's attorney

5

AO 199A (Rev. 11/08, Rev MD 02/10) Order Setting Conditions of Release  Page 1 of 3 Pages

Case 1:19-mj-00567-JMC Document 8 Filed 02/12/19 Page 6 of 8

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 19-567JMC |
| AKHLIDDIN KALONOV | ) | |
| *Defendant* | ) | |

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD

2019 FEB 12 P 4:18

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant's residence must be approved by the U.S. Pretrial Services Officer (USPTO) supervising the defendant's release and the defendant must advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at (if blank, to be notified) __Southern District of Ohio, Cincinnati Division__
                                                                              *Place*
on __2/13/19 at a time to be coordinated w/ US Attorney in Southern District or other mutually agreeable time__
    *Date and Time*

ENTERED ___ FILED ___ RECEIVED ___ LOGGED ___
FEB 12 2019
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

☐ (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

☐ (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

### ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community,

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐ (7) The defendant is placed in the custody of (name of person or organization): _____
at an address approved by the Pretrial Services Office.
The defendant must not change that address without advance approval by the Pretrial Services Office who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____   _____   _____
Custodian or Proxy                Date              Tel. No (only if above is an organization)

6

☒ (8) The defendant must:
- ☐ (a) report to the _____ telephone number _____ , no later than _____
- ☐ (b) report on a regular basis to the supervising officer. The defendant shall promptly obey all reasonable directions and instructions of the supervising officer.
- ☐ (c) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
- ☐ (d) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum
- ☐ (e) execute a bail bond with solvent sureties in the amount of $ _____ .
- ☐ (f) maintain or actively seek employment as approved by the U.S. Pretrial Services Officer.
- ☐ (g) maintain or commence an education program.
- ☒ (h) surrender any passport to: *Clerk of Court in Southern District of Ohio*
- ☐ (i) obtain no passport.
- ☒ (j) abide by the following restrictions on personal association, place of abode, or travel: *Reside in Fairfax, VA until he can report to Southern District of Ohio*
- ☐ (k) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:
- ☐ (l) undergo medical or psychiatric treatment:
- ☐ (m) abide by a curfew from _____ to _____
- ☐ (n) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ☐ (o) refrain from possessing a firearm, destructive device, or other dangerous weapons.
- ☐ (p) refrain from ☐ any ☐ excessive use of alcohol.
- ☐ (q) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ☐ (r) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
- ☐ (s) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.
- ☐ (t) submit to a location monitoring program
  - ☐ (i) as directed by the supervising officer; or
  - ☐ (ii) restricted to the residence except for employment, education, religious services, medical purposes, substance abuse testing/treatment, mental health treatment, attorney visits, court appearances, or other court ordered obligations; or
  - ☐ (iii) restricted to the residence except for medical purposes, court appearances, or other activities specifically approved by the court.
- ☐ (u) Refrain from the use of computer systems, Internet-capable devices and/or similar electronic devices at any location (including employment or educational program) without the prior written approval of the U.S. Probation or Pretrial Services Officer. The defendant shall cooperate with the U.S. Probation and Pretrial Services Office monitoring of compliance with this condition. Cooperation shall include, but not be limited to, participating in a Computer & Internet Monitoring Program, identifying computer systems, Internet-capable devices and/or similar electronic devices the defendant has access to, allowing the installation of monitoring software/hardware at the defendant's expense, and permitting random, unannounced examinations of computer systems, Internet-capable devices and similar electronic devices under the defendant's control.
- ☒ (v) *Travel directly from Court to residence in Fairfax, VA until he can report to S.D. Ohio*
- ☒ (w) *Should S.D. Ohio continue on supervised release, its order will govern release conditions*

7

AO 199C (Rev. 09/08, MD 02/10) Advice of Penalties Case 1:19-mj-00567-JMC Document 8 Filed 02/12/19 Page 8 of 8 Page 3 of 3 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more - you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years - you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony - you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor - you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Fairfax, VA
_____
City and State

### Directions to the United States Marshal

☑ The defendant is ORDERED released after processing.
☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: February 12, 2019

_____
Judicial Officer's Signature

J. Mark Coulson, United States Magistrate Judge
Printed name and title

8



**Fw: *Confidential: Financial Affidavit - your case number 1:18-cr-00109-7**
OHSDdb_InterDistrictTransfer    to: Arthur Hill    02/13/2019 11:16 AM
Sent by: Scott Lang

From: OHSDdb_InterDistrictTransfer/OHSD/06/USCOURTS
To: Arthur Hill/OHSD/06/USCOURTS@USCOURTS
Sent by: Scott Lang/OHSD/06/USCOURTS

see below. thanks.
----- Forwarded by Scott Lang/OHSD/06/USCOURTS on 02/13/2019 11:16 AM -----

From: Jill Klein/MDD/04/USCOURTS
To: ohsddb_interdistricttransfer@ohsd.uscourts.gov,
Date: 02/13/2019 09:39 AM
Subject: *Confidential: Financial Affidavit - your case number 1:18-cr-00109-7

Good Morning,

Attached is the FA for A. Kalonov who had his IA yesterday in our court. He will be arriving in your district today.  19-567 FA.pdf
The rest of the docket has been entered under MD case number 19-567JMC.

Thank you.


Jill Klein
United States District Court for the District of Maryland
Courtroom Deputy Clerk

410-962-3601( Phone)

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** US v.s. Akhliddin Falonv

**FILED / LOGGED / ENTERED / RECEIVED** FEB 12 2019 AT BALTIMORE CLERK, U.S. DISTRICT COURT DISTRICT OF MARYLAND BY _____ DEPUTY

**PERSON REPRESENTED** (Show your full name): 

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Misdemeanor

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☒ Other

**LOCATION NUMBER:** 

**DOCKET NUMBERS**
Magistrate: 19-567 JMC
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Wyft
- IF YES, how much do you earn per month? $ 200
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED $ 10,000
- SOURCES:

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $ 200

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE: 
- DESCRIPTION:

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Credit card | $ 3700 | $ 150 |
| | rent | $ | $ 750 |
| | utilities/groceries | $ | $ 600 |
| | cell phone | $ | $ 200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED) ▶ /s/ A.K.