SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

Case No. 1:18cr109

v. ( J. Black ; M.J. Litkovitz )

AKLIDDIN KALONOF,
Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Karen L. Litkovitz**

Courtroom Deputy: **Arthur Hill**
Court Reporter: **Official Reporter,** Maryann Maffia
Date/Time: **February 21, 2019 at 1:30 PM**

United States Attorney: Megan Gaffney   Defendant Attorney: Herbert Haas CJA

[X] *Initial Appearance Hearing on* [] *Complaint;* X] *Indictment;* [] *Information; or* [X] *petition for probation / supervised release* [] *Rule 5(c)(3) out of* _____ ; [] *pretrial release violation*; [] *Other matters* _____

[✓] Counsel present
[✓] Defendant informed of his / her rights
[✓] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[✓] Financial affidavit presented to the Court/Defendant
[✓] Counsel appointed.   ___ FPD or ✗ CJA

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____   Defendant Witness _____
[ ] OR   [ ] Secured with _____   [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____   [ ] _____   [ ] _____
[ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [] waived; [ ] bond continued/denied
AUSA Witnesses: _____   Defendant Witnesses: _____
_____   _____
AUSA Exhibits: _____   Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [✗] *Indictment or* [] *Information or* [] *Superseding Indictment:*
Defendant waives reading of: [✓] Indict   [ ] Info   [ ] Indict Read   [ ] Info Read
Defendant pleads:   [ ] GUILTY  [✓] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[✓] Case to proceed before Judge Black
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks: ∆ remains out on bond conditions as set by the Dist. Court in Baltimore Maryland.