IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: 1:18-CR-000109 |
| Plaintiff, | JUDGE BLACK |
| vs. | |
| | **MOTION FOR SUBSTITUTION OF COUNSEL** |
| AKHLIDDIN KALONOV | |
| Defendant. | |

_____

Now comes Defendant, **AKHLIDDIN KALONOV,** through his attorneys, **L. PATRICK MULLIGAN & ASSOCIATES**, and moves this Honorable Court for an order allowing L. Patrick Mulligan & Associates to substitute as the counsel of record on the above captioned case.

For the above reasons Defendant respectfully requests this Honorable Court grant Plaintiff's Motion for Substitution of Counsel.

        Respectfully Submitted,

        /S/  L. PATRICK MULLIGAN
        **L. PATRICK MULLIGAN of**
        **L. PATRICK MULLIGAN &**
        **ASSOCIATES, L.P.A., CO.**
        **Supreme Ct. #0016118**
        225 West Court Street
        Cincinnati, Ohio 45202
        (513) 421-9790
        (513) 421-0206 facsimile
        patrickmulligan@patrickmulligan.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO: 1:18-CR-000109** |
| Plaintiff, | **JUDGE BLACK** |
| vs. | **ENTRY FOR SUBSTITUTION OF COUNSEL** |
| **AKHLIDDIN KALONOV** | |
| Defendant. | |

Upon application of the Defendant and for good cause shown, **HERBERT HAAS**, is permitted to withdraw as attorney of record in the above-captioned cause and attorney **L. PATRICK MULLIGAN** is hereby substituted as counsel of record.

**SO ORDERED**:

_____
**JUDGE BLACK**


  /S/  L. PATRICK MULLIGAN
**L. PATRICK MULLIGAN of**
**L. PATRICK MULLIGAN**
**& ASSOCIATES, L.P.A., CO.**
**Supreme Court #0016118**
225 West Court Street
Cincinnati, Ohio 45202
(513) 421-9790
(513) 421-0206 facsimile
patrickmulligan@patrickmulligan.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was served upon the Prosecuting Attorney and Mr. Herbert Haas via electronic filing and email.

               /S/ L. Patrick Mulligan
               **L. PATRICK MULLIGAN**
               Attorney for Defendant