IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA      CASE NO: 1:18-CR-000109

    Plaintiff,      JUDGE BLACK

vs.

    **ENTRY FOR SUBSTITUTION OF COUNSEL**

**AKHLIDDIN KALONOV**

    Defendant.

---

Upon application of the Defendant and for good cause shown, **HERBERT HAAS**, is permitted to withdraw as attorney of record in the above-captioned cause and attorney **L. PATRICK MULLIGAN** is hereby substituted as counsel of record.

**SO ORDERED**:

*/s/ Timothy S. Black*
**JUDGE BLACK**

/S/ L. PATRICK MULLIGAN
**L. PATRICK MULLIGAN of**
**L. PATRICK MULLIGAN**
**& ASSOCIATES, L.P.A., CO.**
**Supreme Court #0016118**
225 West Court Street
Cincinnati, Ohio 45202
(513) 421-9790
(513) 421-0206 facsimile
patrickmulligan@patrickmulligan.com