# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA**  **CASE NO: 1:18-CR-000109**

Plaintiff, **JUDGE COLE**

**vs.**

**AKHLIDDIN KALONOV**  **ENTRY MODIFYING PROBATION RESTRICTIONS**

Defendant.

---

Upon application of Defendant and for good cause shown, Mr. Kalonov is hereby permitted to continue his employment as an over the road truck driver with Felix Transport, Inc. The conditions of probation shall be modified to allow Mr. Kalonov to leave the State of Pennsylvania during the course of his employment.

**SO ORDERED:**

_____
**JUDGE COLE**